IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )

                           )   Case No. 20-23088-CMB

Irene C. Abels           )

                           )   Chapter 13

    Debtor           )   Document No. _____

                           )   Related to Document No. 48

## CONSENT ORDER MODIFYING JUNE 22, 2021 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtors and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 22, 2021 it is

ORDERED that Part "1.G" be amended to add the following: The claim of Big Beaver Falls Area School District (Claim 14) shall govern as to amount, classification, and rate of interest, unless Debtors successfully object to the claim. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The June 22, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/Russell A. Burdelski
Russell A. Burdelski, Esquire (PA I.D. #72688)
Attorney for debtor(s)
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
412-366-1511
atyrusb@choiceonemail.com

/s/ James R. Wood
James R. Wood, Esquire
Attorney for Big Beaver Falls ASD
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA  19406
JWood@portnoffonline.com