**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-23088-CMB |
| Irene C. Abels ) | |
| ) | Chapter 13 |
| Debtor ) | Document No. 51 |
| ) | Related to Document No. 48 |

### CONSENT ORDER MODIFYING JUNE 22, 2021 ORDER

AND NOW, this __1st__ day of __July__, 2021, upon consent of the Debtors and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 22, 2021 it is

ORDERED that Part "1.G" be amended to add the following: The claim of Big Beaver Falls Area School District (Claim 14) shall govern as to amount, classification, and rate of interest, unless Debtors successfully object to the claim. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The June 22, 2021 order otherwise remains in full force and effect.

BY THE COURT:

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
7/1/21 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case 20-23088-CMB    Doc 53    Filed 07/03/21    Entered 07/04/21 00:33:05    Desc Imaged
Certificate of Notice    Page 2 of 5

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/Russell A. Burdelski
Russell A. Burdelski, Esquire (PA I.D. #72688)
Attorney for debtor(s)
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
412-366-1511
atyrusb@choiceonemail.com

/s/ James R. Wood
James R. Wood, Esquire
Attorney for Big Beaver Falls ASD
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA  19406
JWood@portnoffonline.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 20-23088-CMB
IRENE C. ABELS                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: gamr       Page 1 of 3
Date Rcvd: Jul 01, 2021       Form ID: pdf900       Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | IRENE C. ABELS, PO BOX 76, NEW GALILEE, PA 16141-0076 |
| cr | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15312580 | + | ASSOCIATED CREDIT SERVICES, 115 FLANDERS ROAD, STE 140, PO BOX 5171, Westborough, MA 01581-5171 |
| 15305636 | + | BIG BEAVER AREA SCHOOL DISTRICT, C/O PORTNOFF LAW ASSOC, PO BOX 391, Norristown, PA 19404-0391 |
| 15312583 | | BIG BEAVER FALLS SCHOOL DISTRICT, C/O PORTNOFF LAW ASSOC., 1000 SANDY HILL ROAD SUITE 150, Norristown, PA 19401 |
| 15320561 | + | Berkheimer, for Big Beaver SD & New Galilee Boro, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15320061 | + | Big Beaver Falls Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 15320062 | + | Big Beaver Falls Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15312584 | + | COMCAST, 216 CHIPPEWA TOWN CENTER, Beaver Falls, PA 15010-7106 |
| 15312585 | + | ENVIRONMENTAL PRODUCTS INTERNATIONAL INC, PO BOX 397, Fairview, NJ 07022-0397 |
| 15314502 | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15312587 | + | GABAUER-LUTTON FUNERAL HOME, 117 BLACKHAWK ROAD, Beaver Falls, PA 15010-1215 |
| 15312588 | | HVMS, PO BOX 536589, Pittsburgh, PA 15253-5907 |
| 15312589 | + | MEDEXPRESS, PO BOX 14099, Belfast, ME 04915-4034 |
| 15312591 | + | NEW GALILEE EMERGENCY SERVICES, 701 CENTENNIAL AVENUE, New Galilee, PA 16141-9813 |
| 15312590 | | New Galilee, BERKHEIMER TAX ADMINISTRATION, PO BOX 25153, Lehigh Valley, PA 18002-5153 |
| 15312593 | + | SPECIALIZED LOAN SERVICING, 8742 LUCENT BLVD. SUITE 300, Littleton, CO 80129-2386 |
| 15312594 | + | SYNCHRONY BANK, c/o SECOUND ROUND SUB, PO BOX 1259, DEPT 137267, Oaks, PA 19456-1259 |
| 15320356 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15313848 | + | Wilmington Savings Fund Society, FSB Trustee (See, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15313847 | + | Wilmington Savings Fund Society, FSB Trustee (See4, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 01 2021 23:44:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15312581 | | Email/Text: dbeer@beavercountypa.gov | Jul 01 2021 23:40:00 | BEAVER COUNTY, 810 THIRD STREET, Beaver, PA 15009 |
| 15312586 | | Email/Text: bankruptcynotice@fcbanking.com | Jul 01 2021 23:40:00 | FIRST COMMONWEALTH BANK, PO BOX 400, Indiana, PA 15701 |
| 15314823 | | Email/PDF: cbp@onemainfinancial.com | Jul 01 2021 23:44:35 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15314189 | | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2021 23:40:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15312592 | | Email/Text: bknotices@snsc.com | Jul 01 2021 23:41:00 | SN SERVICING CORP., 323 5TH STREET, Eureka, CA 95501 |
| 15306032 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:44:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 20-23088-CMB    Doc 53    Filed 07/03/21    Entered 07/04/21 00:33:05    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| 15327854 | + Email/Text: bknotices@snsc.com | Jul 01 2021 23:41:00 | U.S. Bank National Association, et al, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee of the |
| cr | | Wilmington Savings Fund Society, FSB, DBA, Christi |
| cr | *+ | Big Beaver Falls Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15312582 | *+ | BIG BEAVER AREA SCHOOL DISTRICT, C/O PORTNOFF LAW ASSOC, PO BOX 391, Norristown, PA 19404-0391 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA, Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank National Association as Trustee of the Security National Mortgage Loan Trust 2005-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| James R. Wood | on behalf of Creditor Big Beaver Falls Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA, Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Plaintiff IRENE C. ABELS Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Debtor IRENE C. ABELS Russ@BurdelskiLaw.com russ.burdelski@gmail.com |

District/off: 0315-2 User: gamr Page 3 of 3
Date Rcvd: Jul 01, 2021 Form ID: pdf900 Total Noticed: 29
TOTAL: 9