Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**IRENE C. ABELS**  :  Case No. 20−23088−CMB
*Debtor(s)*  :  Chapter: 13
:
:
:
:
:
:

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 8th of December, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-23088-CMB

IRENE C. ABELS  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3

Date Rcvd: Dec 08, 2021      Form ID: 309      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | IRENE C. ABELS, PO BOX 76, NEW GALILEE, PA 16141-0076 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15312580 | + | ASSOCIATED CREDIT SERVICES, 115 FLANDERS ROAD, STE 140, PO BOX 5171, Westborough, MA 01581-5171 |
| 15305636 | + | BIG BEAVER AREA SCHOOL DISTRICT, C/O PORTNOFF LAW ASSOC, PO BOX 391, Norristown, PA 19404-0391 |
| 15312583 | | BIG BEAVER FALLS SCHOOL DISTRICT, C/O PORTNOFF LAW ASSOC., 1000 SANDY HILL ROAD SUITE 150, Norristown, PA 19401 |
| 15320561 | + | Berkheimer, for Big Beaver SD & New Galilee Boro, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15320061 | + | Big Beaver Falls Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 15320062 | + | Big Beaver Falls Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15312584 | + | COMCAST, 216 CHIPPEWA TOWN CENTER, Beaver Falls, PA 15010-7106 |
| 15312585 | + | ENVIRONMENTAL PRODUCTS INTERNATIONAL INC, PO BOX 397, Fairview, NJ 07022-0397 |
| 15314502 | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15312587 | + | GABAUER-LUTTON FUNERAL HOME, 117 BLACKHAWK ROAD, Beaver Falls, PA 15010-1215 |
| 15312588 | | HVMS, PO BOX 536589, Pittsburgh, PA 15253-5907 |
| 15312589 | + | MEDEXPRESS, PO BOX 14099, Belfast, ME 04915-4034 |
| 15312591 | + | NEW GALILEE EMERGENCY SERVICES, 701 CENTENNIAL AVENUE, New Galilee, PA 16141-9813 |
| 15312590 | | New Galilee, BERKHEIMER TAX ADMINISTRATION, PO BOX 25153, Lehigh Valley, PA 18002-5153 |
| 15312593 | + | SPECIALIZED LOAN SERVICING, 8742 LUCENT BLVD. SUITE 300, Littleton, CO 80129-2386 |
| 15312594 | + | SYNCHRONY BANK, c/o SECOUND ROUND SUB, PO BOX 1259, DEPT 137267, Oaks, PA 19456-1259 |
| 15320356 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15417459 | + | The Beaver County Tax Claim Bureau, 810 Third Street, Beaver, PA 15009-2139 |
| 15313848 | + | Wilmington Savings Fund Society, FSB Trustee (See, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15313847 | + | Wilmington Savings Fund Society, FSB Trustee (See4, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Dec 09 2021 05:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15312581 | | Email/Text: dbeer@beavercountypa.gov | Dec 09 2021 00:00:00 | BEAVER COUNTY, 810 THIRD STREET, Beaver, PA 15009 |
| 15312586 | | Email/Text: psnyder@fcbanking.com | Dec 09 2021 00:00:00 | FIRST COMMONWEALTH BANK, PO BOX 400, Indiana, PA 15701 |
| 15314823 | | EDI: AGFINANCE.COM | Dec 09 2021 05:03:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15314189 | | EDI: Q3G.COM | Dec 09 2021 05:03:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15312592 | | Email/Text: bknotices@snsc.com | Dec 09 2021 00:00:00 | SN SERVICING CORP., 323 5TH STREET, Eureka, CA 95501 |
| 15306032 | + | EDI: RMSC.COM | Dec 09 2021 05:03:00 | Synchrony Bank, c/o of PRA Receivables |

| | | | | | |
|---|---|---|---|---|---|
| 15327854 | | + Email/Text: bknotices@snsc.com | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | | Dec 09 2021 00:00:00 | U.S. Bank National Association, et al, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee of the |
| cr | | Wilmington Savings Fund Society, FSB, DBA, Christi |
| cr | *+ | Big Beaver Falls Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15312582 | *+ | BIG BEAVER AREA SCHOOL DISTRICT, C/O PORTNOFF LAW ASSOC, PO BOX 391, Norristown, PA 19404-0391 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA, Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank National Association as Trustee of the Security National Mortgage Loan Trust 2005-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| James R. Wood | on behalf of Creditor Big Beaver Falls Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA, Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

Russell A. Burdelski
    on behalf of Plaintiff IRENE C. ABELS Russ@BurdelskiLaw.com russ.burdelski@gmail.com

Russell A. Burdelski
    on behalf of Debtor IRENE C. ABELS Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 10