**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    IRENE C. ABELS | Case No.:20-23088

        Debtor(s)

Ronda J. Winnecour
        Movant | Document No.:
       vs.
No Respondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/30/2020  and confirmed on 12/15/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,369.35 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,369.35 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,057.31 | |
| Trustee Fee | 656.04 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,713.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA - TRUSTEE | 0.00 | 3,587.16 | 0.00 | 3,587.16 |
|    Acct: 8570 | | | | |
| US BANK NA - TRUSTEE | 15,341.39 | 0.00 | 0.00 | 0.00 |
|    Acct: 8570 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7172 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 10,618.11 | 0.00 | 0.00 | 0.00 |
|    Acct: 3650 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 11,527.82 | 0.00 | 0.00 | 0.00 |
|    Acct: 3650 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0300 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0310 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0320 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0300 | | | | |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0310 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0320 | | | | |
| FIRST COMMONWEALTH BANK* | 18,551.66 | 2,369.15 | 1,016.25 | 3,385.40 |
| Acct: 2721 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6940 | | | | |
| SPECIALIZED LOAN SERVICING LLC - SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2759 | | | | |
| | | | | 6,972.56 |
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IRENE C. ABELS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 3,000.00 | 2,057.31 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BIG BEAVER SD & NEW GALILEE BORO (F | 127.25 | 0.00 | 0.00 | 0.00 |
| Acct: 2620 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 2,352.84 | 0.00 | 0.00 | 0.00 |
| Acct: 0335 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0339 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0570 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0560 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0560 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0550 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 855.44 | 0.00 | 0.00 | 0.00 |
| Acct: 0540 | | | | |
| BIG BEAVER FALLS ASD (NEW GALILLEE) | 116.04 | 0.00 | 0.00 | 0.00 |
| Acct: 0540 | | | | |
| *** N O N E *** | | | | |
| **Unsecured** | | | | |
| ASSOCIATED CREDIT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ENVIROMENTAL PRODUCTS INTERNATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2331 | | | | |
| GABUER LUTTON FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6066 | | | | |
| SPECIALIZED LOAN SERVICING LLC - SVC | 683.44 | 683.44 | 0.00 | 683.44 |
| Acct: 2795 | | | | |
| HERITAGE VALLEY MED CNTR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2867 | | | | |
| MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-23088 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 3908 | | | | |
| | NEW GALILEE EMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR SEC | 977.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 4160 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 11,280.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 6940 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4160 | | | | |
| | MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 683.44 |

TOTAL PAID TO CREDITORS                                                                7,656.00

TOTAL CLAIMED
PRIORITY          3,451.57
SECURED          56,038.98
UNSECURED        12.941.09


Date: 01/11/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com